JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaiah Smith, | Case No. 1:19-cv-01085-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | (Doc. 11) |
| ANDREW SAUL,[1] Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 01/13/2020 to 02/12/2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Respectfully submitted,

Dated: January 7, 2020            PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff


Dated: January 7, 2020            MCGREGOR W. SCOTT
     United States Attorney
     DEBORAH LEE STACHEL
     Regional Chief Counsel, Region IX
     Social Security Administration


By: *\*/s/ Daniel P. Talbert*
     Daniel P. Talbert
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on 01/07/2020)

## **ORDER**

Based on the parties' above-stipulation (Doc. 11), and for good cause shown under Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to and including February 12, 2020, to serve his Confidential Letter Brief. All other deadlines set forth in the Scheduling Order (Doc. 4) are modified accordingly.

IT IS SO ORDERED.

Dated:   **January 8, 2020**           /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE