JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Isaiah Smith,<br><br>       Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>       Defendant. | Case No. 1:19-cv-01085-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 04/17/2020 to 05/17/2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Good cause exists for this request.  The week of 04/05/2020, Plaintiff's Counsel had 17 administrative hearings, seven hearing preparation appointments with claimants, four letter briefs, two reply briefs and four opening briefs due. The week of 04/12/2020, Plaintiff's Counsel had 17 administrative hearings, 12 hearing preparation appointments with claimants, one reply brief and 2 opening briefs due.. Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

Additionally, due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.  The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support.

At the beginning of the pandemic, Counsel's office made arrangements to manage the case load with fewer staff in the office. However, given the ongoing health and safety measures recommended by the CDC and the number of weeks this has gone on, Counsel is experiencing extraordinary delays and backlogs with both the administrative and civil court work. As a result, Plaintiff's Counsel requires additional time to brief this matter.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 17, 2020			PENA & BROMBERG, ATTORNEYS AT LAW


					By: */s/ Jonathan Omar Pena*
						JONATHAN OMAR PENA
						Attorneys for Plaintiff



Dated: April 17, 2020			MCGREGOR W. SCOTT
					United States Attorney
					DEBORAH LEE STACHEL
					Regional Chief Counsel, Region IX
					Social Security Administration


					By:  *\*/s/ Daniel P. Talbert*
						Daniel P. Talbert

Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on 04/17/2020)

## ORDER

Pursuant to the parties' above stipulation, (Doc. 15), Plaintiff shall file and serve his opening brief by no later than May 17, 2020.  All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:     **April 17, 2020**                             /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE