JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaiah Smith,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. 1:19-cv-01085-SKO<br><br>STIPULATION AND THIRD ORDER FOR EXTENSION OF TIME<br><br>(Doc. 17) |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 05/18/2020 to 06/17/2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's third request for an extension of time.  Good cause exists for this request. In Plaintiff's second request, it was explained that due to the pandemic Plaintiff's Counsel was operating with limited staff.  As time went on, it became clear that the pandemic and shelter in place orders would continue.   Counsel's office made arrangements to manage the case load with fewer staff in the office. However, given the ongoing health and safety measures recommended by the CDC and the number of weeks this has gone on, Counsel is experiencing extraordinary delays

and backlogs with both the administrative and civil court work. As a result, Plaintiff's Counsel requires additional time to brief this matter.

Additionally, the week of 05/10/2020, Plaintiff's Counsel had 15 administrative hearings, 14 hearing preparation appointments with claimants, 5 reply brief, 1 merits brief, 2 motion for summary judgments and 14 letter briefs due. The week of 05/18/2020, Plaintiff's Counsel had 11 administrative hearings, 19 hearing preparation appointments with claimant, 2 reply brief, 1 motion for summary judgement, 1 letter brief and 5 opening briefs.  Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 18, 2020   PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: May 18, 2020   MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Daniel P. Talbert*
Daniel P. Talbert
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on 05/18/2020)

///

**ORDER**

Based upon the above-stipulation of the parties (Doc. 17), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including June 17, 2020, in which to file Plaintiff's Opening Brief. All other deadlines set forth in the Scheduling Order (Doc. 4) shall be extended accordingly.

IT IS SO ORDERED.

Dated:     **May 19, 2020**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE