JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Isaiah    Smith,<br><br>              Plaintiff,<br><br>       vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>              Defendant. | Case No. 1:19-CV-01085<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 7-day extension of time, from June 17, 2020 to June 24, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's fourth request for an extension of time, and third extension for this task. Good cause exists for this request. In Plaintiff's third request, it was explained that due to the pandemic Plaintiff's Counsel was operating with limited staff.  As time went on, it became clear that the pandemic and shelter in place orders would continue. Counsel's office made arrangements to manage the case load with fewer staff in the office. However, given the ongoing health and safety measures recommended by the CDC and the number of weeks this has gone on, Counsel is

experiencing extraordinary delays and backlogs with both the administrative and civil court work. As a result, Plaintiff's Counsel requires additional time to brief this matter.

Additionally, the week of 6/15/2020, Plaintiff's Counsel has 18 administrative hearings and , 9 hearing preparation appointments with claimants, 2 letter briefs, 1 motion for summary judgement and 24 hearings the week of 6/22/2020.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 16, 2020          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: June 16, 2020          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Daniel P. Talbert
Daniel P. Talbert
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on June 16, 2020)

**ORDER**

Pursuant to the parties' above stipulation, for good cause shown, Plaintiff shall file and serve his opening brief by no later than June 24, 2020. All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:     **June 16, 2020**                                       /s/ *Sheila K. Oberto*                        
                                                                     UNITED STATES MAGISTRATE JUDGE